```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

ROSIE SANDERS                                              PLAINTIFF

    vs.                    3:09CV00164-BRW

PHILLIP ROANE; BENJAMIN MELLEN                            DEFENDANTS


<u>JUDGMENT ON JURY VERDICT</u>

This action came on for trial July 26, 2011, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding.  The matter having been settled between the Plaintiff and separate Defendant, Benjamin Mellon, the issues were tried between the Plaintiff and separate Defendant, Phillip Roane.  The jury rendered its verdict by answering Interrogatories #1 and #2 on the verdict form for damages on July 29, 2011, as follows:

<u>Interrogatory No. 1</u>

Do you find from a preponderance of the evidence that there was negligence on the part of Benjamin Mellen, which was the proximate cause of any damage to Plaintiff, Rosie Sanders?

    Answer:  No

<u>Interrogatory No. 2</u>

Do you find from a preponderance of the evidence that there was negligence on the part of Phillip Roane, which was the proximate cause of any damage to Plaintiff, Rosie Sanders?

    Answer: No

NOW THEREFORE, pursuant to those answers,

IT IS ORDERED AND ADJUDGED that the plaintiff, Rosie Sanders, take nothing on her Complaint against the Defendant, Phillip Roane, and the Complaint is dismissed.

Dated this 2nd day of August, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE