IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROSIE SANDERS**                                                                                      **PLAINTIFF**

v.                                      **3:09CV00164-BRW**

**PHILLIP ROANE**                                                                                       **DEFENDANT**

## ORDER

After careful consideration of Plaintiff's motion for a new trial, and being fully advised in the premises, I conclude that this motion should be, and hereby is, DENIED.

IT IS SO ORDERED this 3rd day of August, 2011.


                                                        /s/Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE