IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSIE SANDERS                                                                                                    PLAINTIFF

v.                                                      3:09CV00164-BRW

PHILIP ROANE                                                                                                    DEFENDANT

### ORDER

Pending is Defendant's Motion for Taxation of Costs (Doc. No. 36). Plaintiff responded in opposition to the motion.[1] Defendant's motion is DENIED, because Plaintiff's financial situation is severely limited. Her sole source of income is $698 per month in Social Security Disability payments. It appears that she does not have the means or ability to pay $6,849.69 to Defendant. Thus it would not be fair to make her pay these costs.

IT IS SO ORDERED this 10th day of August, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 37.

1