IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROSIE SANDERS                                                                                           PLAINTIFF

v.                                        3:09CV00164-BRW

PHILLIP ROANE, BENJAMIN MELLEN
AND G&H TRANSPORTATION                                                              DEFENDANTS

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO SEPARATE DEFENDANT, BENJAMIN MELLEN, ONLY

On this 17th day of November, 2011, it is represented to the Court by counsel for plaintiff and separate defendant, Benjamin Mellen, that the above cause has been compromised and settled and the same should be dismissed with prejudice as to separate defendant, Benjamin Mellen, only.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and the same hereby is, dismissed with prejudice as to separate defendant, Benjamin Mellen, only.

IT IS SO ORDERED this 17th day of November, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

APPROVED:

JESSE B. DAGGETT

By /s/ Jesse B. Daggett
    Attorneys for Plaintiff


BARRETT & DEACON, P.A.

By /s/ Shane Baker
    Attorneys for Separate Defendant,
    Benjamin Mellen